DMP:JAM/JEA
F. #2020R01049

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRIAN MAIORANA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. __1:20-cr-00519(FB)(VMS)__
(T. 18, U.S.C., §§ 875(c), 922(g)(1),
924(a)(2), 924(d)(1), 981(a)(1)(C) and
3551 et seq.; T. 21, U.S.C., § 853(p); T.
28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Felon in Possession of a Firearm and Ammunition)

1. On or about November 10, 2020, within the Eastern District of New York, the defendant BRIAN MAIORANA, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Glock semiautomatic pistol, and .45 caliber ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

<u>COUNT TWO</u>
(Felon in Possession of Ammunition)

2. On or about November 10, 2020, within the Eastern District of New York, the defendant BRIAN MAIORANA, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did

knowingly and intentionally possess in and affecting commerce ammunition, to wit: .22 caliber rounds.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## COUNT THREE
(Transmission of Threats to Injure)

3.  On or about November 8, 2020, within the Eastern District of New York and elsewhere, the defendant BRIAN MAIORANA did knowingly and willfully transmit in interstate and foreign commerce, using an Internet-based electronic communications service, one or more electronic communications containing threats to injure the person of another, to wit:

(a) "Soap Box, Ballot Box…that was fraudulently stolen from us, Now Cartridge Box."

(b) "The time has now past for patriots to stop being on the defensive…defensive action is a position of weakness.  We must take offensive action starting now.  All of you know what that is."

(c) "As the Jew Senator from Jew York said nothing is off the table. The Turner Diaries must come to life. We blow up the FBI building for real. All the alphabet agencies assassination will become the new normal now…that the electoral process is finished"

(d) "All right thinking people need to hit the streets while these scumbags are celebrating and start blowing them away."

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE AND TWO

4. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged in Counts One or Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to: a Glock semiautomatic pistol, .45 caliber ammunition and .22 caliber rounds, seized from the defendant on or about November 11, 2020 in Staten Island, New York.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT THREE

6. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Three, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R01049

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

BRIAN MAIORANA,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 875(c), 922(g)(1), 924(a)(2), 924(d), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)

*A true bill.*

_____/s/ Michael Sullivan_____
                                                                                  *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                                  *Clerk*

*Bail, $* _____

_____

*Artie McConnell and Jonathan E. Algor, Assistant U.S. Attorneys, 718-254-7000*