February 08, 2022

**Honorable Judge Frederic Block:**

My name is Isabel Beltran and I am Brian Maiorana's girlfriend, we have a relation ship since 2018, 3 years ago.

Brian Maiorana, is a caring person, lovely man, I am a cancer survivor, colon cancer, and since I had been diagnosed he was taking care of me, accompanying me during the surgery in the hospital and during the whole process of the chemotherapy, he used to come to my house and helped me with everything in the house, doing the shore and cooking for me and my son, I really feel grateful with him. We also had a good time in summers going to the beach and other places with my son.

In addition he is a very nice person with my family too, he share time with my mom and my grandma in specials days like mother's day.

At the beginning of 2020 he had experienced a difficult time when he lost his job in National Grid due the pandemic, he was worried about to get a new job but almost everything was locked dawn, even that he applied for many jobs until he got the job in C&W Service Amazon facility, he is a hard working person, smart and responsible in his job, when he get release he will apply again to start working. We are planning to get marry and start a new life together, working hard to get a bigger house, travel to my country and just live in peace.

Brian Maiorana made a mistake, but he is sorry for everything he has done in the past and he wants to change, during the time he has been in jail, has done some courses that help him to be a better person and handle some situations in his life.

Sincerely,

_____
Isabel Beltran